UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

JASON WAYNE BICKINGS,

    Defendant-Movant.
_____/

Case No. 1:23-cv-1347

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated:   July 10, 2024                      /s/ Janet T. Neff
                                                                      Janet T. Neff
                                                                      United States District Judge